# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **vs.**                      **12-30267-DRH**

**EMILIO BARRIOS-CORTEZ,**

      **Defendant.**

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On April 23, 2013, the Court entered an Order for forfeiture against defendant Emilio Barrios-Cortez for the following property which had been seized from the defendant:

**One New England Firearms, Pardner Model SB-1, .410 shotgun, bearing serial number NC232687, and all ammunition contained within or seized with the firearm.**

The Order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning April 30, 2013, and ending May 29, 2013, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

The Court further notes that Dale Haskins and Brenda Haskins were sent by both certified mail and regular mail a copy of plaintiff's *Notice of Forfeiture to Dale Haskins and Brenda Haskins* on September 27, 2013. The certified mail addressed to Dale Haskins was returned to the United States marked "return to sender," "unclaimed" and "unable to forward" on November 13, 2013. The United States received the certified mail "green card" from Brenda Haskins on October 4, 2013; the "green card" was signed by Rebecca Tison. The regular mail was not returned.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on April 23, 2013, namely:

> **One New England Firearms, Pardner Model SB-1, .410 shotgun, bearing serial number NC232687, and all ammunition contained within or seized with the firearm.**

The property custodian for Immigration and Customs Enforcement or the United States Marshal shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the property custodian for Immigration and Customs Enforcement or the United States Marshal.

**DATE: December 7, 2013**

David R. Herndon
2013.12.07 10:02:56 -06'00'

**Chief Judge
United States District Court**